IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-06-00395-CR

 

Linda Polley,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 

 



From the 66th District Court

Hill County, Texas

Trial Court No. 34,248

 



MEMORANDUM  Opinion



 








          Appellant filed her notice of appeal 123 days[1] after the court imposed sentence. 
Therefore, even though appellant filed a motion for new trial, the notice of
appeal is untimely.  See Tex. R.
App. P. 26.2(a)(2).  Accordingly, the appeal is dismissed for want of
jurisdiction.  See Slaton v. State, 981 S.W.2d 208, 210 (Tex. Crim. App.
1998); Fowler v. State, 16 S.W.3d 426, 428 (Tex. App.—Waco 2000, pet.
ref=d).

                                                                             PER
CURIAM

 

Before
Chief Justice Gray,

Justice Vance, and

Justice Reyna

(Chief Justice Gray would give notice to the defendant that we
question our jurisdiction and give the defendant an opportunity to respond
before summarily dismissing the appeal.  Nevertheless, the result appears
inevitable.)

Appeal
dismissed

Opinion
delivered and filed January 17, 2007

Do not
publish

[CR25]









[1]
          Based on the date indicated in
the certificate of service.  See Tex.
R. App. P. 9.2(b).